# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JIMMY DALE HASKINS,**

    **Plaintiff,**

**v.**                                               **CASE NO. 5:18cv17-MCR/CAS**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**Social Security Administration**

    **Defendant.**

_____/

# **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated July 10, 2018. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and Judgment entered for the Defendant."

3. The Clerk shall close the file.

**DONE AND ORDERED** this 29th day of August 2018.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**